UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY NOWLIN,

    **Plaintiff,**

vs.                                                     CASE NO. 4:19cv338-MCR-CAS

WILLIAM BURNS, et al.,

    **Defendants.**

_____/

# O R D E R

This matter is before the Court upon review of the Magistrate Judge's Report and Recommendation dated December 10, 2019. ECF No. 14. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). As of this date, no objections have been filed.

After consideration of this matter, I have determined that the Report and Recommendation should be adopted. Plaintiff's amended complaint, ECF No. 10, is **DISMISSED** for failure to state a claim.

Accordingly, it is **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. The amended complaint, ECF No. 10, is **DISMISSED for failure to state a claim**, and all pending motions are **DENIED**.

3. The Clerk of Court shall enter judgment and close the file.

**DONE AND ORDERED** this 28th day of January 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**